■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT JOHN LYND.— Motion granted to prosecute appeal on original papers and typewritten briefs. Memorandum: It appears that the defendant has in his possession all the papers necessary to prepare and present the appeal.

■ JOSEPH BARBATO et al., Respondents, v. IDA TUOSTO et al., Appellants.— Motion for a stay denied in accordance with memorandum. Memorandum: It appears from the papers submitted that the defendant is now in default in answering. The motion for a stay is denied without prejudice to the right of defendant to apply to Special Term to be relieved of his present default and for an extension of time to answer and for such further relief as Special Term may deem proper.

■ In the Matter of ALICE R. GAMMON, Petitioner, v. CARL J. COSTANTINO, Respondent.— Order of substitution of attorneys entered.

■ In the Matter of AUSTIN F. HASSELBERG, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles.— Proceeding dismissed, without costs, upon stipulation.

■ (A) BOARD OF EDUCATION OF THE CITY OF BUFFALO, Respondent, v. NIAGARA WRECKING & LUMBER CO., INC., et al., Appellants. (B) CITY OF NIAGARA FALLS, Appellant, v. RUBY M. RIZZO, Respondent, et al., Defendants. (C) FRANCIS NOAH, Appellant, v. LEO BERGER et al., Respondents. (D) JULIA PUTVIN, as Administratrix of the Estate of PERCY J. PUTVIN, Deceased, Respondent, v. BUFFALO ELECTRIC CO., INC., Appellant, et al., Defendants.— [In each case] Appeal dismissed unless records and briefs are filed and served on or before July 2, 1962.

■ EMPIRE MUTUAL INS. CO., Appellant, v. CHARLES INGRAM et al., Respondents.— Appeal dismissed unless records and briefs are filed and served on or before July 16, 1962.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS L. BALKUM. (B) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE ALBERT BERRY. (C) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH COPELAND. (D) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES E. McINTOSH. (E) THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD JOHN SIMARI.— [In each case] Motion granted to prosecute appeal on original papers, typewritten briefs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST WIGGINS v. ROBERT E. MURPHY, as Warden of Auburn Prison.— Petition for order of mandamus, petition for allowance of bail and application to prosecute appeal as poor person denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB WISSENFELD v. WALTER H. WILKINS, as Warden of Attica Prison.— Application granted and order dismissing appeal from order of Wyoming County Court entered April 21, 1961, vacated.

■ (A) CAROL JAGIELLO, Individually and as Guardian ad Litem of NATALIE JAGIELLO, an Infant, et al., Respondents, v. JOSEPH JAGIELLO et al., Defendants, and EDWIN T. JAGIELLO et al., Appellants. (B) JOHN LASKOSKI, Respondent, v. WALDO S. DE MERS, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT COHEN, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. W. ROGER PRATT, Respondent.— [In each case] Order of dismissal for failure to prosecute entered pursuant to rule X of the Rules of the Appellate Division, Fourth Department.

■ REALWORTH PROPERTIES, INC., Appellant, v. SOL BACHLER et al., Respondents.— Motion granted and appeal dismissed.

■ LLOYD W. JUDD, Plaintiff, v. PARK AVENUE HOSPITAL et al., Defendants. — Stay granted upon condition that appeal is argued at September 1962 Term.

■ In the Matter of HORNELL CITY COURT.— Order entered for destruction of records.